## Commonwealth *v.* DeShields, Appellant.

Submitted March 24, 1975.

*Michael J. Stack, Jr.,* and *Stack, Ginley & Gallagher,* for appellant; *Barry H. Oxenburg, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.